UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VERA HERNANDEZ, | § | Case No.: 1:21-cv-00012-RP |
|         Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NOTICE OF SETTLEMENT |
| EQUIFAX INFORMATION SERVICES, LLC., | § | |
| | § | |
|         Defendants. | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Vera Hernandez, and Defendant, Equifax Information Services, LLC, have reached settlement in this action. The parties are currently working to finalize and execute settlement documents. Plaintiff respectfully requests thirty (30) days in order for the parties to finalize and execute settlement documents, and thereafter notify this honorable Court of dismissal.

                                                                Respectfully submitted,

Dated: June 18, 2021                     /s/ Adam T. Hill
                                                          Adam T. Hill
                                                          The Law Office of Jeffrey Lohman, P.C.
                                                          28544 Old Town Front St., Ste. 201
                                                          Temecula, CA 92590
                                                          Tel. (657) 236-3525
                                                          F: (602) 857-8207
                                                          E: AdamH@jlohman.com

                                                          Attorneys for Plaintiff

- 2 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 18, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System, which automatically provided notice of said filing upon all those of record.

                                      /s/ Adam T. Hill
                                      Adam T. Hill